IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CRAIG A. WASHINGTON, AND OTHERS SIMIARLY SITUATED INDIVIDUALS<br>  Plaintiffs,<br><br>   v.<br><br>THE STATE BAR OF TEXAS;<br>ITS BOARD OF DIRECTORS;<br>THE COMMITTEE ON LAWYER DISCIPLINE; JUDITH DEBERRY;<br>TANYA GALINGER; AND GEORGE GALLAGHER<br>  Defendants, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   No. 1:23-cv-00004-RP |

**MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT
STATE BAR OF TEXAS**

**To The Honorable Judge of Said Court:**

Comes Now, Plaintiff and moves this Honorable Court to Enter-Judgment by DEFAULT against Defendant, The State Bar of Texas, for the following reasons:

1. Defendant was served by process on January 23, 2023.

2. Defendant has not filed an answer.

3. Today is, under FRCP 12, the day upon which defendant should have filed an answer and did not.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays Judgment by Default and a Hearing on WRIT of INQUIRY on Damages.

Respectfully submitted,

BY: /S/*Timberly Davis*
**TIMBERLY J. DAVIS**
State Bar No. 24040772 Houston Office:
2000 Crawford St., Suite 1330
Houston, Texas 77002
(713) 224-7400 - Telephone
(972) 499- 9264 – Fax
timberly@tjdavislawfirm.com

Sugarland Office:
Tower Executive Suites 19901 Southwest Freeway
Sugarland, Texas 77479
Fax: (972) 499-9264

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be served in accordance with the Federal Rules of Civil Procedure upon all Defendants by CM/ECF on February 27, 2023.

*/s/Timberly J. Davis*
**Timberly J. Davis**